**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DOMINIQUE GRICE, | : | Civil No. 1:24-CV-02087 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SERGEANT COSGROVE, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW,** this 4th day of November 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion to strike his motion to withdraw his brief in opposition to Defendant's motion for summary judgment, Doc. 85, is **GRANTED** in part.

2. Plaintiff's motion to withdraw his brief in opposition to Defendant's motion for summary judgment, Doc. 84, is deemed **WITHDRAWN**.

3. Defendant's motion for summary judgment, Doc. 55, is **GRANTED**.

4. The Clerk of Court is directed to enter judgment in **FAVOR** of Defendant Sakia Bora.

5. The Clerk of Court is directed to **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania